UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLETON R. CROUCH,<br><br>            Plaintiff,<br><br>vs.<br><br>ERIN PARKS, *et al.*,<br><br>            Defendants. | Case No.  3:24-cv-00417-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED between the Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Coleton R. Crouch, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

1  The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this 30 day of July 2025.

DATED this 30th day of July 2025.
AARON D. FORD
Attorney General

By:

/s/ Cecelia J. Blue
CECELIA J. BLUE, (Bar No. 17031C)
*Attorneys for Interested Party*

COLETON R. CROUCH #1106226,
*Plaintiff*, pro se

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

DATED this 5th day of August, 2025.

Anne R. Traum
United States District Judge

Page 2